An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DIGNITY HEALTH, D/B/A ST. ROSE
DOMINICAN HOSPITAL-SIENA CAMPUS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA, IN
AND FOR THE COUNTY OF CLARK; AND
THE HONORABLE JAMES CROCKETT,
DISTRICT JUDGE,
Respondents,
and
TABITHA DAVIS, INDIVIDUALLY;
TABITHA DAVIS AS HEIR TO THE
ESTATE OF MARK E. DAVIS, DECEASED;
AND TABITHA DAVIS AS SPECIAL
ADMINISTRATOR OF THE ESTATE OF
MARK E. DAVIS, DECEASED,
Real Parties in Interest.

No. 69220

FILED

DEC 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging a district court order denying a motion to dismiss in a tort action. Having considered the petition and supporting documents, we are not persuaded that petitioner has met its burden to demonstrate that our extraordinary discretionary intervention is warranted. NRS 34.160; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280,

281 (1997) (noting that this court generally will not consider writ petitions challenging orders denying motions to dismiss). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. James Crockett, District Judge
       Alverson Taylor Mortensen & Sanders
       Eglet Prince
       Eighth District Court Clerk